IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY HAMEL-SCHWULST,
    Plaintiff,

vs.                                                   Case No.:  3:08cv529/MCR/EMT

JEFFEREY P. NEGROTTO, et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Amended Report and Recommendation dated August 5, 2009.  (Doc. 96).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's Report and Recommendation (doc. 96) is adopted and incorporated by reference in this order.

    2.  Plaintiff's motion for stay (doc. 63) is **DENIED** and this case is **NOT** stayed as to any Defendant.

    3.  The stipulations for dismissal filed by Plaintiff and Defendants Martin and Notary Public Underwriters of Mississippi, Inc. (docs. 86, 88) are **APPROVED** and Plaintiff's claims against Defendants Martin and Notary Public Underwriters of Mississippi, Inc. are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fee.

    **DONE AND ORDERED** this 10th day of September, 2009.

                                                      <u>s/ *M. Casey Rodgers*</u>
                                                      **M. CASEY RODGERS**
                                                    **UNITED STATES DISTRICT JUDGE**